# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. BRYS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STANISLAUS COUNTY SHERIFFS DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00838-DAD-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO WAIVE REMAINING FEES<br><br>(ECF No. 13) |

Plaintiff Christopher L. Brys ("Plaintiff") is a former county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for waiver of the remaining filing fee, filed February 7, 2020. (ECF No. 13.) Plaintiff states that upon his release from jail, he is homeless, on food stamps, and not working. Plaintiff requests whether there is a way to waive the remaining fees in this action. (Id.)

Even though Plaintiff was granted *in forma pauperis* status, he is required to pay the $350.00 filing fee in installments withdrawn from his prisoner trust account, as required by Title 28 U.S.C. § 1915(b)(1), which states:

> [I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—

(A) the average monthly deposits to the prisoner's account; or

(B) the average monthly balance in the prisoner's account for the 6-monthly period immediately proceeding the filing of the complaint or notice of appeal.

Title 28 U.S.C. § 1915 does not provide any authority or mechanism for the Court to reduce or waive the payment of Plaintiff's filing fee, or to suspend collection of the filing fee while Plaintiff is incarcerated. As Plaintiff is now out of custody, he can continue to pay the filing fee to the Court in installments as he is able.

Accordingly, Plaintiff's motion to waive the remaining fees, (ECF No. 13), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **February 10, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE