Plaintiff's Name: Christopher L. Brys
Bk#:
Inmate No. 1432780
Address: (mail) 221 S. Acacia Ave
Ripon CA 95366

FILED
MAR 0 9 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Christopher L. Brys
(Name of Plaintiff)

1:19-cv-00838-DAD-BAM (PC)
(Case Number)

vs.

Deputy Gonzales
Deputy Cuevas
SGT Souza
LT Kirk
CPT Duncan

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**
Jury trial demanded
☒ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED
MAR 09 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

　A. Have you brought any other lawsuits while a prisoner? Yes ____ No ✗

　B. If your answer to A is yes, how many? _____

　Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

　　　1. Parties to this previous lawsuit:

　　　　Plaintiff _____

　　　　Defendants _____

　　　　_____

　　　2. Court (if Federal Court, give name of District; if State Court, give name of County)

　　　　_____

　　　3. Docket Number _____  4. Assigned Judge _____

　　　5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

　　　　_____



pg 2

6. Filing Date (approx.) _____ 7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __X__   No_____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __X__   No_____

C. Is the process completed?

Yes __X__   If your answer is yes, briefly explain what happened at each level.

upon completion of filing complaints with Deputy Gonzales, SGT Souza, LT Kirk, then CPT Duncan each staff level denied my claims and pushed blame off to me stating I wasnt seated properly when I in fact was seated properly. The defendents responding to these "appeal" forms stated that because I was not properly seated I'm the cause of my injuries.

No_____   If your answer is no, explain why not.

_____

_____

_____

_____

_____

**III. Defendants** this info is currently not yet available and on my last motion filed the Judge ruled that a subpoena at this time is premature. defendants refused to provide this info so untill I'm ____ able to file the subpoena I'm unable to provide full names and other required info.

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name **Deputy Gonzales** is employed as **Transportation**

Current Address/Place of Employment **200/250 E Hackett Rd Modesto CA Public Safty center stanislaus county**

B. Name **SGT Souza** is employed as **Transportation Sergeant**

Current Address/Place of Employment **200/250 E Hackett rd Modesto CA Public safty center Stanislaus County**

C. Name **Deputy Cuevas** is employed as **Transportation/Driver**

Current Address/Place of Employment **200/250 E hackett rd modesto CA Public safty center Stanislaus county**

D. Name **LT Kirk** is employed as **Lieutenant**

Current Address/Place of Employment **200/250 E hackett rd modesto CA Public safty center Stanislaus County**

E. Name **CPT Duran** is employed as **Captain**

Current Address/Place of Employment **200/250 E hackett rd modesto CA Public safty center Stanislaus County**

IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

right to expect safe transportation to and from court injuries obtained were by way of wreckless driving transportation Driver Slamming on the breaks at unsafe speed, freedom from cruel and unusual punishment.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.): Date of incident in complaint: 3/25/19 at or around 6:30am-7:30am

I christopher L. Brys a pretrial detainee at above said date and time of incident was sitting as best as possible with what little room was available. The Driver (Deputy Gonzales refused to believe us as we all advised him 10 of us wont fit In this area as were all combined to large. he insisted we would fit. On my response grievence, deputy Cuevas takes claim as driver which is were he comes into this case as he was not the driver he falsly takes the claim as if "perhaps to save the actual driver from civil action?" Deputy Gonzales is the deputy whom spoke with me on site after pulling me off the vehicle as he explained why he slammed on the breaks. Deputy Gonzales drove at fast

unsafe speeds knowing there were no seat belts/other forms of safety restraints, no padding of any type and no friction devices to reduce/prevent slipping on any surface inside the vehicle. as he drove he suddenly slammed the breaks comming to the first stop. He proceeded for approx 100-200 ft as we yelled for medical for my injuries and then deputy Gonzales came to a second stop. I was then pulled off the vehicle we were as I saw, now directly infront of the gate to exit Jail property. Deputy Gonzales went on to explain that to avoid collision with the gate by sudden closure he had to slam on the breaks, however again I state this is the (second) stop this appears to be a magical teleporting gate if thats the case. injuries obtained by this incident are as follows: 3 bloody contusions to face, 1 contusion on my left shoulder, left knee, abdomin areas pulled muscles my right shoulder, neck, and an injured back I had the following symptoms from my head injury (concussion) dizzy, light headed, visions of stars, blacking out, nausia, loss of apetite, additionally I   (continued pg 4A)

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

right to relief    right to relief from suffering in Pain   right to reliefe knowing the issue could be responded to, corrected, and prevented from re occuring to any one else.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

As I filed the paperwork (Grievances) I've recieved response from Deputy Cuevas, SGT Souza, LT Kirk, CPT Duncan I have not recieved response from Deputy Gonzales. as Deputy Cuevas took the blame for this incident by claiming to have been the driver the reason Deputy Cuevas is in this case is for this reason SGT Souza is in this case as he, LT Kirk, and CPT Duncan all pushed blame to me all 3 of these individuals denied any responsability blamed me and declined my appeals for my grievances filed in complaint of the Driver These individuals are protecting and allowing an unsafe Driver to continue to transport inmates after the injuries I've obtained and haven't even done the slitest bit of disciplinary action to correct the issue.

Pg 4A

Claim 1 continued

had a migrain that lasted for 3 days non e stop, felt pressure in my head mostly near my nose area, Those migrains then became only periodical migrains off and on for 2 weeks, I was unaware at the moment proceeding the incident that caused my injuries that I was bleeding, I was in complete shock. The momentum from the forward motion of the vehicle combined with the sudden slam of the breaks caused my self to be tossed in a forward motion into the gate/door causing the injuries. Now I suffer to this day, any time I'm in a moving vehicle that traumatic experience flashes by and I am in complete fear in any vehicle as a result I'm traumatized by this incident.

Facts

Fact 1: No safty restraints exist in vehicle for inmates

Fact 2: seats are all slippery no friction grip/padding

Fact 3: No padding exists on any surface to prevent/reduce the risk of such injuries or upto fatal outcomes

Fact 4: If multiple inmates are larger in size 10 is to much to fit in rear compartment

Fact 5: we informed Deputy Gonzales 10 of us wont fit not enough room Deputy Gonzales insisted 10 of us would fit was rude about it and refused to listen as we objected.

Fact 6: Deputy Gonzales negligently drove at unsafe speeds knowing all the above mention facts 1-5, slammed on the breaks which in turn, resulted in my injuries; attempted to cover it up with the excuse of a sudden closing gate, another deputy tried taking claim as driver that was not driving and multiple deputies attempted to manipulate the facts of what actualy happened.

**V. Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statues.

As form of relief I request the Defendants be re evaluated for their positions. I request the Driver to be placed under Probation for 1 year if ever to be come transportation driver again, I request that this incident be documented on his Drivers License permanently with the DMV. I additionally request to be compensated for my Pain and suffering $20,000 + the duration of time to heal, time spent attempting to obtain relief, compensation for legal & court fees which I should not have had to pay to begin with to obtain relief, had this incident not occured. (Continued Pg 5A)

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/10/2020     Signature of Plaintiff: _____

(Revised 4/4/14)

request for relief continued

Additionally I'd like to request of the court, permission to file all future paperwork electronicly (If by email please provide an email address) I'd like to ask for the opportunity to subpoena the information mentioned earlier within this complaint and an additional opportunity to submit another amended complaint (If deemed nessesary to add the additional information provided by the subpoena once responded to) I'd like to ask the court to please provide the proper subpoena form and an additional amended complaint form. I'd like to request a continuance as well as part of the subpoena if needed to allow time for defendents to respond to subpoena (30-60 days)