UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. BRYS,<br><br>Plaintiff,<br><br>v.<br><br>GONZALES, et al.,<br><br>Defendants. | No. 1:19-cv-00838-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 17) |

Plaintiff Christopher L. Brys is a former Stanislaus County prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On March 17, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only against defendant Gonzales for failure to protect plaintiff in violation of the Fourteenth Amendment, and that all other claims and defendants be dismissed from this action based on plaintiff's failure to state a claim. (Doc. No. 17.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*. at 12.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issues on March 17, 2021 (Doc. No. 17) are adopted in full;
2. This action proceeds on plaintiff's claim against defendant Gonzales for failure to protect in violation of the Fourteenth Amendment;
3. All remaining claims and defendants are dismissed based on plaintiff's failure to state a claim; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **April 28, 2021**                            *Dale A. Drozd*
                                                                          UNITED STATES DISTRICT JUDGE