# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. BRYS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GONZALES, et al.,<br><br>　　　　Defendants. | 1:19-cv-00838-DAD-GSA-PC<br><br>**ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>**(ECF No. 15.)** |

Christopher L. Brys ("Plaintiff") is a former Stanislaus County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with the First Amended Complaint filed on March 9, 2020, against defendant Deputy Gonzales for failure to protect Plaintiff in violation of the Fourteenth Amendment.[1] (ECF No. 15.)

The Court finds the First Amended Complaint appropriate for service of process.

Accordingly, it is HEREBY ORDERED that:

1.　　Service is appropriate for the following defendant:

　　　　**DEPUTY GONZALES**

---

[1] On April 29, 2021, the court dismissed all other claims and defendants from this action based on Plaintiff's failure to state a claim. (ECF No. 19.)

1

2. The Clerk of Court shall SEND Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the First Amended Complaint filed on March 9, 2020 (ECF No. 15);

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for the defendant listed above; and

   c. Two (2) copies of the endorsed First Amended Complaint filed on March 9, 2020 (ECF No. 15);

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **May 1, 2021**           **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE